■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY M., Appellant.—Appeal by defendant from a sentence of the County Court, Nassau County, imposed September 29, 1978, upon his adjudication as a youthful offender, the sentence being an indeterminate term of imprisonment with a maximum of three years. Sentence reversed, as a matter of discretion in the interest of justice, and case remitted to the County Court for resentencing, at which the court shall explore sentencing alternatives in accordance herewith. It was apparent to the County Court, as it is to us, that the defendant is in dire need of intensive psychotherapy and there is validity to the recommendation of the Probation Department that he be placed in a group home and referred to a mental health clinic. The papers on this appeal indicate that such facilities, not available when defendant was sentenced, may be available at the present time. Accordingly, the matter is remanded for further exploration of possible alternate placements. Imprisonment may be considered if no appropriate placement is available. Mollen, P. J., Hopkins, Damiani and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MONTGOMERY, Also Known as JAMES HOPKINS, Appellant.—Appeals by defendant from three judgments of the Supreme Court, Kings County, one rendered September 28, 1977, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence, and two rendered October 17, 1977, convicting him of robbery in the second degree (two counts), upon his pleas of guilty, and imposing sentences. Judgments affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious issues which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631). Mollen, P. J., Hopkins, Damiani, Titone and Shapiro, JJ., concur.